UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-cr-11-SPC-KCD

CHRISTOPHER VESTER

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 63). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting four firearm silencers. See 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 49 U.S.C. § 80303; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the four firearm silencers.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 63) is **GRANTED**.

1. The four firearm silencers are **FORFEITED** to the United States for disposition according to law and subject to 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), 49 U.S.C. § 80303 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 15, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record