UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-11-SPC-KCD

CHRISTOPHER VESTER

### FINAL ORDER OF FORFEITURE

Before the Court is the United States Moves for a Final Order of Forfeiture. (Doc. 70). The Government is seeks to have forfeited **four firearm silencer**s ("**Assets**"), which were subject to the Court's August 15, 2024 Preliminary Order of Forfeiture. (Doc. 64). Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government. See 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 70) is **GRANTED**.

1. Defendant's interest in **the four firearm silencers** is **CONDEMNED** and **FORFEITED** to the United States for

disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida on November 26, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record